## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
## WESTERN DIVISION

**ABIGAIL J. HEALY**                                                                                                   **PLAINTIFF**

**VS.**                                                                        **CIVIL ACTION NO. 5:04cv171BrSu**

**FERTILE GROUND, INC. d/b/a**
**SUNSHINE SHELTER FOR CHILDREN and**
**JOHN DOES 1 through 25**                                                                                **DEFENDANTS**

## AGREED ORDER

The parties having agreed that they shall have until December 1, 2005 to consummate the settlement previously agreed to and announced to this Court.

IT IS THEREFORE ORDERED that the parties shall have until December 1, 2005 to consummate the settlement. If any party fails to consummate the settlement by December 1, 2005, any aggrieved party may reopen the case for enforcement of the settlement agreement within ten days. And if successful, all additional attorneys' fees and costs from this date shall be awarded such aggrieved party or parties against the party failing to consummate the agreement.

SO ORDERED, this the 29th day of November, 2005.

S/DAVID BRAMLETTE
UNITED STATES DISTRICT COURT JUDGE

Agreed to by:

/s/ Brenda Currie Jones
Brenda Currie Jones, MSB #99140
Attorney for Defendant Fertile Ground, Inc.

/s/ Louis Watson, Jr.
Louis Watson, Jr., MSB #9053
Kristy Bennett, MSB #99525
Attorneys for Plaintiff Abigail J. Healy

1